IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02070-LTB-BNB

MARY LEE GRIFFIN,

Plaintiff,

v.

MR. GORDON J. HEUSER & HEUSER LLP AT LAW,
MR. JOSEPH R. WINSTON & WINSTON LAW FIRM, and
MR. GREGORY A. MACEAU LAW OFFICES LLC,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for a Status Report** [docket no. 29, filed July 1, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to mail a copy of the docket sheet to the plaintiff.


DATED:  July 6, 2009