# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   08-cv-02070-LTB-BNB

MARY LEE GRIFFIN,

      Plaintiff,

v.

MR. GORDON J. HEUSER & HEUSER LLP AT LAW,
MR. JOSEPH R. WINSTON & WINSTON LAW FIRM,
MR. GREGORY A. MACEAU LAW OFFICES LLC,

      Defendants.

___

## ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on August 18, 2009 (Doc 32).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendant Mr. Gregory A. Maceau Law Offices, LLC's Motion to Dismiss (Doc 5) and Defendants Joseph R. Winston & Winston Law Firm's Motion to Dismiss (Doc 13) are GRANTED and this action is DISMISSED as to these Defendants only for lack of subject matter jurisdiction.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   September 24, 2009