**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-02070-LTB-BNB

MARY LEE GRIFFIN,

       Plaintiff,

v.

MR. GORDON J. HEUSER & HEUSER LLP AT LAW,

       Defendants.

---

**ORDER**

---

This case is before me on the Plaintiff's Response to Order to Show Cause (Doc 41 - filed October 15, 2009).  Plaintiff has not shown good cause why this matter should not be dismissed for failure to serve Defendant pursuant to Rule 4(m), Federal Rules of Civil Procedure.  Accordingly

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve Defendant pursuant to Rule 4(m), Federal Rules of Civil Procedure.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   October 16, 2009